USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA          :
                                                 :     19-CR-862 (VEC)
        -against-                       :
                                                 :     ORDER
  RICARDO RICUARTE,               :
                                       Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 8, 2021, the parties appeared for a hearing on Defendant Ricardo Ricuarte's bail application;

IT IS HEREBY ORDERED that for the reasons stated at the hearing, Mr. Ricuarte's bail application is DENIED. The Court finds that Mr. Ricuarte did not overcome the presumption that no condition or set of conditions will reasonably assure the safety of the community.

**SO ORDERED.**

**Dated: July 9, 2021**
        **New York, NY**                                      **VALERIE CAPRONI**
                                                           **United States District Judge**