USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
: 19-CR-862 (VEC)
-against- :
: ORDER
RICARDO RICUARTE, RAUL CUELLO, :
PAUL CUELLO, :
:
Defendants. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 8, 2021, Defendants Ricardo Ricuarte, Raul Cuello, and Paul Cuello appeared for a status conference;

WHEREAS Defense counsel reported that Defendants are facing difficulties reviewing the discovery at Essex County Correctional Facility, due to limited computer access and the inability to play videos without the program VLC media player;

WHEREAS Defense counsel reported that state inmates incarcerated at the facility are able to review discovery in their cases on individually issued iPads, which they can use in their cells; and

WHEREAS time has been excluded in this matter until December 31, 2021;

IT IS HEREBY ORDERED that by no later than **Wednesday, July 14, 2021**, the Government must speak with officials at Essex County Correctional Facility and update the Court as to why federal inmates cannot be issued iPads like state prisoners.

IT IS FURTHER ORDERED that pretrial motions in this matter are due no later than **Wednesday, September 22, 2021**, responses in opposition are due no later than **Wednesday, October 20, 2021**, and replies in support of the motions are due no later than **Wednesday, October 27, 2021**. If a hearing is required, the date will be set after briefing is complete. The Court plans to schedule a trial in this matter for the first quarter of 2022. Once the Court has

confirmed a trial date, the Court will enter a briefing schedule for motions *in limine*, requests to charge, and proposed *voir dire* questions.

**SO ORDERED.**

**Dated: July 9, 2021**
     **New York, NY**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**