USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/03/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA :
:
-against- : 19-CR-862 (VEC)
:
: ORDER
:
PAUL CUELLO & RICARDO RICUARTE, :
:
Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference with Defendants Paul Cuello and Ricardo Ricuarte is scheduled for Thursday, November 4, 2021, Dkt. 615;

IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the status conference is adjourned to **Friday, November 12, 2021 at 4:00 P.M.**

IT IS FURTHER ORDERED that the conference will be held in person in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  Per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Dated: November 3, 2021**
       **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**