USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

RAUL CUELLO, PAUL CUELLO & RICARDO RICUARTE,

                              Defendants.

------------------------------------------------------------ X

19-CR-862 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 12, 2021, the Government and Defendants Raul Cuello, Paul Cuello, and Ricardo Ricuarte appeared for a status conference;

    IT IS HEREBY ORDERED that with respect to Defendants Paul Cuello and Ricardo Ricuarte, any motions *in limine* are due no later than **Friday, December 3, 2021**. Any responses in opposition are due no later than **Friday, December 17, 2021**.

    IT IS FURTHER ORDERED that with respect to Defendant Raul Cuello, any motions *in limine* are due no later than **Friday, December 22, 2021**. Any responses in opposition are due no later than **Friday, January 5, 2022**.

    IT IS FURTHER ORDERED that with respect to all three Defendants, requests to charge and proposed *voir dire* questions are due no later than **Wednesday, December 29, 2021**. The parties must be prepared for trial to proceed at the end of March 2022.

    IT IS FURTHER ORDERED that given the complexities and delays associated with reviewing discovery, meeting with counsel, discussing potential dispositions, and preparing for trial during the COVID-19 pandemic, the Court finds that the ends of justice in accommodating those delays outweigh the Defendants' and the public's interests in a speedy trial, and that

exclusion of time between now and March 31, 2022 is warranted pursuant to 18 U.S.C. § 3161(h)(7).

**SO ORDERED.**

**Dated: November 15, 2021**
     **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**