# Milton H. Flórez, P.C.
## Attorney at Law

TELEPHONE: (718) 685-0073

40-50 JUNCTION BLVD. SUITE 1R
CORONA, NY 11368

FACSIMILE: (718) 685-0077

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/23/2022

**MEMO ENDORSED**

September 22, 2022

VIA-ECF
Honorable Judge Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: USA v. Ricardo Ricaurte
Case No.: 19-Cr-862 (VEC)
Next Court Date: October 14, 2022
REQUEST TO ADJOURN
DEFENDANT'S SENTENCING DATE

Dear Honorable Judge Caproni:

I am writing this letter to request an adjournment of my client's sentencing date of October 14, 2022.

Up to this date I am still gathering character letters and personal documents concerning my client, such as birth certificates for his children and employment letter, to attach to the sentencing memorandum. My client has also asked me to request an adjournment of his sentencing date.

It is for this reasons that I am respectfully requesting that my client's sentencing date be rescheduled to November 14, 2022, or any other date thereafter. Thank you for your time and consideration.

Very truly yours,

Milton H. Florez, Esq.

C.c.: Adam S. Hobson
Assistant U.S. Attorney
Via-ECF

The sentencing hearing in this matter is rescheduled for **Tuesday, November 15, 2022 at 11:00 A.M.** The parties' sentencing submissions are due no later than **November 1, 2022**. No further adjournments will be granted absent extraordinarily good cause.

SO ORDERED.

*Valerie Caproni*   09/23/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE