# Milton H. Flórez, P.C.
## Attorney at Law

TELEPHONE: (718) 685-0073

40-50 JUNCTION BLVD. SUITE 1R
CORONA, NY 11368

FACSIMILE: (718) 685-0077

November 9, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2022

**MEMO ENDORSED**

VIA-ECF
Honorable Judge Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: USA v. Ricardo Ricaurte
Case No.: 19-Cr-862 (VEC)
Next Court Date: November 15, 2022
REQUEST TO ADJOURN
DEFENDANT'S SENTENCING DATE

Dear Honorable Judge Caproni:

I am writing this letter to request an adjournment of my client's sentencing date of November 15, 2022.

The reason for my request is to provide the Court with two character letters that go to the heart of my client's rehabilitation from Correction Officers Barbosa and Algieri, from the Essex County Correctional Facility, where he was incarcerated from more than a year and a half.

In addition, Mr. Ricaurte has informed me that in pursuit of his rehabilitation Correction Officer Jordan, from the Metropolitan Detention Center, Main Medical, has recommended Mr. Ricaurte to participate in the Phlebotomist program offered by the BOP. As a result, Mr. Ricaurte wants to provide the Court with the results of his involvement in this program.

Thus, I am respectfully requesting an adjournment to a date in mid to late January, 2023. Thank you for your time and consideration.

Very truly yours,

Milton H. Florez, Esq.

C.c.: Adam S. Hobson
Assistant U.S. Attorney
Via-ECF

The request to adjourn Mr. Ricuarte's sentencing is DENIED in part.  The Court has adjourned the Defendant's sentencing several times at the request of Defense counsel, and the Court previously warned Defense counsel that no further adjournment requests would be granted absent extraordinarily good cause.  Dkt 865.

The sentencing is hereby adjourned until **Friday, November 18, 2022, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Defense counsel may submit the additional letters at any time up to the date of sentencing.

SO ORDERED.

11/10/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE